# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DELTONA TRANSFORMER CORPORATION, a Florida Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE NOCO COMPANY, an Ohio corporation.<br><br>    Defendant. | Case 6:19-cv-00308-CEM-LRH |

### Declaration of Philip Green

I, Philip Green, hereby make the following Declaration in support of Plaintiff Deltona Transformer Corporation's ("Plaintiff") Motion to Impose Rule 37(B)(2) Sanctions Upon Defendant for its Failure to Comply with the Court's July 7, 2020 Order and Memorandum of Law in Support Thereof (the "Motion"), in accordance with the provisions of 28 U.S.C. § 1746:

1.    I am a founding principal of the consulting firm Hoffman Alvary & Company LLC. Other than as expressly set forth herein, this declaration is made on personal knowledge.

2.    As a Certified Public Accountant, I am familiar with accounting systems used by many businesses to record sales. Companies with electronic accounting systems usually maintain sales files in the ordinary course of business based on customer number, product number and invoice number and date. The data for individual transactions are maintained in databases from which sales information can be extracted based on any of these fields. Extracted sales information would be arranged into rows of data that would look like a spreadsheet with many columns including, for example, quantity of goods sold, unit price, total

price, shipping charges, and discounts, among others. Prior to the use of electronic accounting systems, such data were maintained in "sales journals," which are written ledgers listing these details. In electronic systems, they often are called "reports" which could be arranged as sales by customer, or sales by product or invoice date (or all of these combinations).

3. In my experience evaluating damages in trademark actions under the Lanham Act, I understand that it is the plaintiff's burden to establish the revenue related to the alleged infringement. In these types of matters, I am usually provided accounting reports that at minimum identify details of accused sales by customer.

4. In this matter, I would therefore have anticipated receiving from NOCO a report showing NOCO's sales of each of the relevant products, by customer, by year, which would be used to evaluate its potentially infringing sales and identify the accused revenues. Such a report would generally include the following fields:

- Invoice number;
- Invoice date;
- Customer name and ID;
- Product name and number (or SKU);
- Quantity sold;
- Price per unit;
- Shipping charges; and
- Total invoice.

5. I understand from the 30(b)(6) deposition testimony of Jeffrey Weiner that NOCO has used the ERP system "SAP by Design" for its accounting system since

approximately 2013. (30(b)(6) Deposition of Jeffrey Weiner, August 4, 2020, p. 19.) Mr. Weiner testified that the SAP system implemented by NOCO is capable of running reports by customer, by product, and/or by time period, including detailed information regarding quantities sold, unit price, etc. (Weiner, pp. 19-21.) Mr. Weiner's testimony is consistent with my personal experience with and understanding of SAP accounting systems.

6. SAP accounting systems can generate reports at the push of a button based on a query. Queries can be customized to the specific data needs of the user, or they can be standardized for reports run routinely in the ordinary course of business. Companies often use such reports in the ordinary course of business to renegotiate terms with customers, evaluate product popularity and sales, consider pricing issues, and for other sales support or sales follow-up activities.

7. As a damages expert, I have analyzed accounting outputs from SAP systems on numerous occasions. Depending on the volume of sales, these reports can include tens of thousands of rows. To facilitate analysis of large datasets, these reports are generally exported to an Excel spreadsheet. Excel offers a variety of analytical tools, such as PivotTables, which allow large datasets to be analyzed efficiently. (See, also, Weiner, pp. 28-29.)

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and accurate to the best of my knowledge.

Executed on this 7th day of August, 2020.

By: *[signature: Philip Green]*

Philip Green, CPA, CMA, ASA