# Exhibit A



Deposition of:
# James Philip Green

*June 10, 2020*

In the Matter of:

# Deltona Transformer Corp. vs. The Noco Company

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

ATTORNEYS EYES ONLY

Page 125

1     Q. Where did you gain your understanding that all
2 sales of battery chargers by NOCO on Amazon.com are
3 accused of infringement?
4     A. So what I did is, I used the Amazon.com product
5 numbers that I understand are associated with these
6 battery -- with battery charger or products that have
7 been sold by NOCO throughout the time period.
8     Again, as I understand it, it is up to NOCO to
9 go through those data and provide reliable accounting
10 records and other indicia that would help to evaluate
11 what the proper amount is or any other amount of
12 deductions that would need to be made to the numbers.
13     Q. Are you aware if plaintiff, Deltona Transformer
14 Corporation, sells any product?
15     A. Excuse me?
16     Q. Are you aware if plaintiff, Deltona Transformer
17 Corporation, sells any product?
18     MR. BRAUNSTEIN: Objection to the form.
19     THE WITNESS: So I believe we're back to this
20     question. As I understand it, plaintiff, Deltona
21     Transformer Corporation, holds the marks that are at
22     issue in this case. As I understand it, those
23     trademarks are going to -- licensed to other
24     entities in order for them to, as it says in the
25     complaint and in my report, distribute, provide and

ATTORNEYS EYES ONLY

Page 157

1 entity for which sales have been provided to me that I
2 can work with and have identified those sales and
3 tabulated them.
4     And so I have calculated what I understand to
5 be the appropriate damages measure here.  And I
6 understand that it's NOCO's burden, therefore, after
7 that to identify any appropriate deductions or
8 exclusions.  And I've done that.
9   Q.  You mentioned earlier that you limited damages
10 in Exhibit C to your report to the first date of alleged
11 infringement.
12     Is that date related to a display of an
13 allegedly infringing advertisement?
14   A.  So if we turn to Page 8, I indicate that
15 documents produced by NOCO indicate that NOCO's --
16 NOCO's first infringing ad campaign on Amazon began on
17 December 11, 2014.  And that's part of what the
18 allegations are in the complaint.  And I have used that
19 as a starting date for the damages.
20     To the extent we need to remove dates for some
21 reason, I certainly can assist the jury or the trier of
22 fact in figuring out how to do that.
23   Q.  Going back to my prior question that you said
24 you didn't understand, do you have any idea what portion
25 of NOCO's sales are derived from customers that may have